IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00718-AP

Tiffany Schuster,

    Plaintiff

    v.

Carolyn Colvin, Acting Commissioner of Social Security

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Gail C. Harriss
450 S. Camino del Rio, Suite 201
Durango, CO 81301
970-247-4411
gharriss@harrisslaw.com

For Defendant:

| | |
|---|---|
| John F. Walsh | Stephanie Lynn F. Kiley |
| United States Attorney | Special Assistant United States Attorney |
| | Office of the General Counsel |
| J.B. García | Social Security Administration |
| Assistant United States Attorney | 1001 Seventeenth Street |
| District of Colorado | Denver, Colorado 80202 |
| | (303) 844-0815 |
| | stephanie.kiley@ssa.gov |

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

    A.   Date Complaint Was Filed:   March 19, 2013

    B.   Date Complaint Was Served on U.S. Attorney's Office:   April 1, 2013

    C.   Date Answer and Administrative Record Were Filed:   May 31, 2013

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.   OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

The parties state that this case is not on appeal from a decision issued on remand from this Court.

**8.   BRIEFING SCHEDULE**

    A.   Plaintiff's Opening Brief Due: July 25, 2013

    B.   Defendant's Response Brief Due: August 26, 2013

    C.   Plaintiff's Reply Brief (If Any) Due: September 10, 2013

## 9. STATEMENTS REGARDING ORAL ARGUMENT

   A.   **Plaintiff's Statement:** Plaintiff does not request oral argument.

   B.   **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

   A.   (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

   B.   (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

   DATED this 19th day of June, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:                                          UNITED STATES ATTORNEY

/s/Gail C. Harriss                                 /s/ Stephanie Lynn F. Kiley
Gail C. Harriss                                    By: Stephanie Lynn F. Kiley
450 S. Camino del Rio, Suite 201                   Special Assistant U.S. Attorney
Durango, CO 81301                                  1001 17th Street, 6th Floor
970-247-4411                                       Denver, CO 80202
gharriss@harrisslaw.com                            303-844-0815
                                                   stephanie.kiley@ssa.gov