**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  13-cv-00718-WJM

TIFFANY SCHUSTER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), and the Order Vacating Administrative Law Judge's Decision And Remanding Case To Commissioner, entered by the Honorable William J. Martínez, United States District Judge, on February 28, 2014,

    IT IS ORDERED that the Commissioner's decision is VACATED and this case is REMANDED to the Commissioner for rehearing.

    Dated at Denver, Colorado this  3rd  day of March 2014.

                              BY THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              By:  s/Deborah A. Hansen
                              Deborah A. Hansen, Deputy Clerk